DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DALCO 84, LLC,** A Florida Limited Liability Company and **LAWRENCE DUPREY,** Individually,
Appellants,

v.

**2520 MIAMI RD CAPITAL, LLC,** A Florida Limited Liability Company,
Appellee.

No. 4D16-1785

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John T. Luzzo, Judge; L.T. Case No. CACE-15-019085 (09).

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Eric T. Salpeter and Cristy L. Caserta of Salpeter Gitkin, LLP, Fort Lauderdale, for appellee.

Jerome L. Tepps of Jerome L. Tepps, P.A., Sunrise, for DS Investments I, LLC.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***